1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT FOR THE**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11    GARY HAWKINS,                     )      1:13-cv-00499-AWI-SKO
                                        )
12                  Plaintiff,          )      ORDER VACATING HEARING
                                        )      DATE AND TAKING MATTER
13          v.                          )      UNDER SUBMISSION
                                        )
14    MEDTRONIC, INC.; MEDTRONIC        )      (Doc. 11)
      SOFAMOR DANEK USA, INC.,          )
15                                      )
                    Defendants.         )
16    _____ )

17

18    Defendants Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc., have filed a motion to

19    dismiss the complaint, set for hearing on Monday, July 22, 2013.  The Court, having reviewed the

20    pleadings of record and all competent and admissible evidence submitted, finds this matter suitable

21    for decision without oral argument.  *See* Local Rule 230(g). Accordingly, the hearing date of July

22    22, 2013 is hereby VACATED and the parties shall not appear at that time.  The Court will take the

23    matter under submission and thereafter issue its decision.

24    IT IS SO ORDERED.

25
      Dated:    July 16, 2013                    _____
26                                               SENIOR  DISTRICT  JUDGE

27

28