# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>　　　　Defendants. | 1:13-cv-00499-AWI-SKO<br><br>ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 11) |

Defendants Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc., have filed a motion to dismiss the complaint, set for hearing on Monday, July 22, 2013.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the hearing date of July 22, 2013 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 16, 2013

_____
SENIOR  DISTRICT  JUDGE