Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:213.457.8000
Facsimile: 213.457.8080

Courtland C. Chillingworth  (SBN 261140)
cchillingworth@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendants
Medtronic, Inc. and
Medtronic Sofamor Danek USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS,<br><br>              Plaintiff,<br><br>       vs.<br><br>MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>              Defendants. | No.: 1:13-cv-00499 AWI SKO<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE (DOC. NO. 25)**<br><br><br>Compl. Filed:    April 4, 2013<br><br>Honorable Sheila K. Oberto |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE (DOC. NO. 25)

**IT IS HEREBY ORDERED THAT:**

The Parties' Stipulation to Continue Scheduling Conference (Doc. No. 25) is GRANTED.

IT IS FURTHER ORDERED THAT the Scheduling Conference currently scheduled for September 24, 2013, in this matter shall be continued to November 12, 2013, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  **September 12, 2013**            **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE