1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071
   Telephone: 213.457.8000
5  Facsimile: 213.457.8080

6  Courtland C. Chillingworth (SBN 261140)
   cchillingworth@reedsmith.com
7  REED SMITH LLP
   101 Second Street, Suite 1800
8  San Francisco, CA  94105
   Telephone: 415.543.8700
9  Facsimile:   415.391.8269

10 Attorneys for Defendants
   Medtronic, Inc. and
11 Medtronic Sofamor Danek USA, Inc.

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 

| GARY HAWKINS, | No.: 1:13-cv-00499 AWI SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC., | |
| Defendants. | Compl. Filed: April 4, 2013 |
| | Honorable Sheila K. Oberto |

## STIPULATION

Plaintiff Gary Hawkins ("Plaintiff") and Defendants Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc. (collectively "Defendants"), by and through their respective attorneys or record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on April 3, 2013 (Doc. No. 1);

**WHEREAS,** Defendants filed their Motion to Dismiss Plaintiff's Complaint on May 14, 2013, and the hearing on Defendants' Motion to Dismiss was scheduled for July 22, 2013 (Doc. No. 11);

**WHEREAS**, on July 17, 2013, the Court issued an Order vacating the July 22, 2013 hearing date for Defendants' Motion to Dismiss and taking the matter under submission (Doc. 18);

**WHEREAS**, on September 12, 2013, the Court scheduled the Scheduling Conference in this matter for November 12, 2013 (Doc. No. 29);

**WHEREAS**, as of the time of this filing, the Court has not yet ruled on Defendants' Motion to Dismiss;

**WHEREAS**, Defendants' counsel must attend an out-of-town hearing in another matter on November 12, 2013;

**WHEREAS**, the parties agree that in the interest of judicial efficiency, the Scheduling Conference should be continued to a date after the Court has ruled on Defendants' Motion to Dismiss.

**IT IS HEREBY STIPULATED THAT:**

The Scheduling Conference in this matter shall be continued to December 12, 2013, or such later date as the Court may determine.

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –

Dated: 11-1-13

WALKUP, MELODIA, KELLY & SCHOENBERGER

By _____
Khaldoun A. Baghdadi
Sara M. Peters

Attorneys for Plaintiff
Gary Hawkins

Dated: November 1, 2013

REED SMITH LLP

By _____
Michael K. Brown
Mildred Segura
Courtland C. Chillingworth

Attorneys for Defendants
Medtronic, Inc. and
Medtronic Sofamor Danek USA, Inc

**ORDER**

Pursuant to the parties' Stipulation, the Scheduling Conference in this matter shall be continued to December 12, 2013, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **November 1, 2013**              **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE