1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071
   Telephone: 213.457.8000
5  Facsimile: 213.457.8080

6  Courtland C. Chillingworth  (SBN 261140)
   cchillingworth@reedsmith.com
7  REED SMITH LLP
   101 Second Street, Suite 1800
8  San Francisco, CA  94105
   Telephone:  415.543.8700
9  Facsimile:   415.391.8269

10 Attorneys for Defendants
   Medtronic, Inc. and
11 Medtronic Sofamor Danek USA, Inc.

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14 

| GARY HAWKINS, | No.: 1:13-cv-00499 AWI SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC., | |
| Defendants. | Compl. Filed:     April 4, 2013 |
| | Honorable Sheila K. Oberto |

# STIPULATION

Plaintiff Gary Hawkins ("Plaintiff") and Defendants Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc. (collectively "Defendants"), by and through their respective attorneys or record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint in this Court against Defendants on April 3, 2013 (Doc. No. 1);

**WHEREAS,** Defendants filed their Motion to Dismiss Plaintiff's Complaint on May 14, 2013, and the hearing on Defendants' Motion to Dismiss was scheduled for July 22, 2013 (Doc. No. 11);

**WHEREAS**, on July 17, 2013, the Court issued an Order vacating the July 22, 2013 hearing date for Defendants' Motion to Dismiss and taking the matter under submission (Doc. 18);

**WHEREAS**, on December 4, 2013, the Court scheduled the Scheduling Conference in this matter for February 4, 2014 (Doc. No. 36);

**WHEREAS**, as of the time of this filing, the Court has not yet ruled on Defendants' Motion to Dismiss;

**WHEREAS**, Defendants' counsel must attend an out-of-town deposition in another matter on February 4, 2014;

**WHEREAS**, the parties agree that in the interest of judicial efficiency, the Scheduling Conference should be continued to a date after the Court has ruled on Defendants' Motion to Dismiss.

**IT IS HEREBY STIPULATED THAT:**

The Scheduling Conference in this matter shall be continued to April 29, 2014, or such later date as the Court may determine.

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

| | |
|---|---|
| Dated: January 28, 2014 | WALKUP, MELODIA, KELLY & SCHOENBERGER |
| | By /s/ Sara M. Peters |
| |    Khaldoun A. Baghdadi |
| |    Sara M. Peters |
| |    Attorneys for Plaintiff |
| |    Gary Hawkins |
| Dated:  January 28, 2014 | REED SMITH LLP |
| | By /s/ Courtland C. Chillingworth |
| |    Michael K. Brown |
| |    Mildred Segura |
| |    Courtland C. Chillingworth |
| |    Attorneys for Defendants |
| |    Medtronic, Inc. and |
| |    Medtronic Sofamor Danek USA, Inc |

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The scheduling conference set for February 4, 2014, is CONTINUED to **May 1, 2014, at 9:45 a.m**. **in Courtroom 7**; and

2. The parties' joint scheduling report shall be filed on or before April 24, 2014.

IT IS SO ORDERED.

Dated:  **January 29, 2014**            **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE