# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS, | 1:13-cv-00499 AWI-SKO |
| Plaintiff, | **ORDER EXTENDING TIME TO** |
| v. | **FILE AMENDED COMPLAINT** |
| MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC., | |
| Defendants. | |

On January 30, 2014, this Court granted, in part, Defendants' motion to dismiss. ECF Doc. 44. This dismissal was partially due to Plaintiff's failure to plead with particularity as required by Rule 9. F. R. Civ. Proc. 9. The Court gave Plaintiff thirty (30) days to file an amended complaint. *Id.* On February 25, 2014, the parties stipulated to extending Plaintiff's deadline by thirty (30) days. ECF Doc. 45.

It is hereby ORDERED that:

1. Plaintiff is granted a thirty (30) day extension within which to file his amended complaint.

IT IS SO ORDERED.

Dated:   February 27, 2014                    _____
                                              SENIOR DISTRICT JUDGE