UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS,<br><br>                Plaintiffs,<br><br>    v.<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>                Defendants. | **Case No. 1:13-cv-00499-AWI-SKO**<br><br>**STIPULATION AND ORDER THEREON** |

## **STIPULATION**

Plaintiff Gary Hawkins ("Plaintiff") and Defendants Medtronic's Inc., and Medtronic Sofamor Danek USA, Inc. (collectively "Defendants"), by and through their respective attorneys of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed his Complaint against Defendants on April 3, 2013,

**WHEREAS**, on January 30, 2014, the Court ruled on Defendants' Motion to Dismiss the Complaint.

**WHEREAS**, the Court gave Plaintiff thirty (30) days, until March 1, 2014, to file an amended Complaint,

**WHEREAS**, Plaintiff requires additional time to amend his fraud-related allegations to add the level of particularity required by the Court,

**WHEREAS**, the parties have agreed to extend Plaintiff's deadline to amend his Complaint by 30 days,

**WHEREAS**, there have been no prior continuances of Plaintiff's time to amend the Complaint,

**IT IS HEREBY STIPULATED** that:

1. Plaintiff will file his First Amended Complaint on or before March 31, 2014.

Dated:  February 25, 2014                    WALKUP MELODIA KELLY & SCHOENBERGER

/s/ *Sara M. Peters*

_____
SARA M. PETERS
Attorneys for Plaintiffs


Dated:  February 25, 2014                    REED SMITH, LLP

/s/ Courtland C. Chinllingworth

_____
COURTLAND C. CHILLINGWORTH
Attorneys for Defendants Medtronic, Inc. and
Medtronic Sofamor Danek USA, Inc.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Complaint on or before March 31, 2014.

IT IS SO ORDERED.

Dated:  **February 27, 2014**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND ORDER THEREON - CASE NO. 1:13-CV-00499-AWI-SKO