Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:213.457.8000
Facsimile: 213.457.8080

Courtland C. Chillingworth  (SBN 261140)
cchillingworth@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendants
Medtronic, Inc. and
Medtronic Sofamor Danek USA, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS, | No.: 1:13-cv-00499 AWI SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC., | |
| Defendants. | Compl. Filed:     April 4, 2013 |
| | Honorable Sheila K. Oberto |

# STIPULATION

Plaintiff Gary Hawkins ("Plaintiff") and Defendants Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc. (collectively "Defendants"), by and through their respective attorneys or record, stipulate and agree as follows:

On January 29, 2014, the Court scheduled the Scheduling Conference in this matter for May 1, 2014 (Doc. No. 43);

Plaintiff filed his First Amended Complaint in this Court against Defendants on March 31, 2014 (Doc. No. 48) after the Court's January 30, 2014 ruling on Medtronic's Motion to Dismiss Plaintiff's original Complaint (Doc. No. 44);

Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on April 17, 2014, and the hearing on Defendants' Motion to Dismiss was scheduled for June 2, 2014 (Doc. No. 49);

The parties agree that in the interest of judicial efficiency, the Scheduling Conference should be scheduled on the same day as the hearing on Defendants' Motion to Dismiss, or on a date after the Court has ruled on Defendants' Motion to Dismiss.

**IT IS HEREBY STIPULATED THAT:**

The Scheduling Conference in this matter shall be continued to June 2, 2014, or such later date as the Court may determine.

Dated: April 22, 2014                WALKUP, MELODIA, KELLY & SCHOENBERGER

                                     By  /s/ Sara M. Peters
                                         Khaldoun A. Baghdadi
                                         Sara M. Peters

                                         Attorneys for Plaintiff
                                         Gary Hawkins

Dated: April 22, 2014                REED SMITH LLP


By /s/ Courtland C. Chillingworth
  Michael K. Brown
  Mildred Segura
  Courtland C. Chillingworth

  Attorneys for Defendants
  Medtronic, Inc. and
  Medtronic Sofamor Danek USA, Inc

## **ORDER**

Pursuant to the parties' stipulation, the scheduling conference currently set for May 1, 2014, is CONTINUED to August 7, 2014, at 10:15 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **April 22, 2014**                    /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE