# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS | 1:13-cv-0499-AWI-SKO |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| MEDTRONIC, INC.; MEDTRONIC SOFAMORE DANEK USA, INC. | |
| Defendants. | |

On April 17, 2014, Defendants Medtronic Inc. and Medtronic Sofamor Danek USA, Inc. filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and a motion to strike pursuant to Federal Rule of Civil Procedure 12(f). The motions are set for hearing on June 2, 2014. Plaintiff Gary Hawkins filed oppositions on May 19, 2014. Defendants filed their replies on May 23, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 2, 2014 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  May 27, 2014                              _____
                                                                    SENIOR  DISTRICT  JUDGE