1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY HAWKINS,

                 Plaintiff,

    vs.

MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.,

                 Defendants.

No.: 1:13-cv-00499 AWI SKO

**STIPULATION AND ORDER TO CONTINUE DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S LAST DAY TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Compl. Filed:     April 4, 2013

Honorable Sheila K. Oberto

1

**STIPULATION**

2       Pursuant to Local Rule 144(a), which allows parties to stipulate to the continuance of the

3   defendant's last day to file responsive pleadings to a complaint by a period of no more than 28 days

4   without Court approval, Plaintiff Gary Hawkins ("Plaintiff") and Defendants Medtronic, Inc., and

5   Medtronic Sofamor Danek USA, Inc. (collectively "Defendants"), by and through their respective

6   attorneys or record, stipulate and agree as follows:

7       On November 20, 2014, the Court issued its Order, granted in part and denied in part

8   Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.  (*Doc. No.* 67.)  All claims that

9   the Court dismissed pursuant to its Order were dismissed without leave to amend.  (*Id.*)

10  Accordingly, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' last day to file

11  responsive pleadings to Plaintiff's First Amended Complaint is December 4, 2015.

12      Plaintiff and Defendants have agreed to continue Defendants' last day to file responsive

13  pleadings to Plaintiff's First Amended Complaint to December 30, 2014.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

– 1 –

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' LAST DAY TO FILE RESPONSIVE PLEADINGS
TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1    **IT IS HEREBY STIPULATED THAT:**

2    Defendants' last day to file responsive pleadings to Plaintiff's First Amended Complaint is

3    continued to December 30, 2014.

4    Dated: November 25, 2014                    WALKUP, MELODIA, KELLY &
                                                 SCHOENBERGER
5

6

7                                                By  /s/Khaldoun A. Baghdadi
                                                    Khaldoun A. Baghdadi
8                                                   Sara M. Peters

9                                                   Attorneys for Plaintiff
                                                    Gary Hawkins
10

11   Dated:  November 25, 2014                   REED SMITH LLP

12

13                                               By  /s/Michael K. Brown
                                                    Michael K. Brown
14                                                  Mildred Segura
                                                    Courtland C. Chillingworth
15
                                                    Attorneys for Defendants
16                                                  Medtronic, Inc. and
                                                    Medtronic Sofamor Danek USA, Inc.
17

18                          <u>**ORDER**</u>

19   Pursuant to the parties' stipulation, Defendant shall file a responsive pleading on or before

20   December 30, 2014.

21

22   IT IS SO ORDERED.

23   Dated:   **December 2, 2014**                        **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28
                                       – 2 –

STIPULATION AND ORDER TO CONTINUE DEFENDANTS' LAST DAY TO FILE RESPONSIVE PLEADINGS
TO PLAINTIFF'S FIRST AMENDED COMPLAINT