# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY HAWKINS, | Case No. 1:13-cv-00499-AWI-SKO |
| Plaintiff, | **ORDER** |
| v. | (Doc. 71) |
| MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC., | |
| Defendants. | |

ORDER

The Court, having considered the Parties' Joint Motion for a Stay of the Proceedings, hereby vacates the Scheduling Conference presently set for February 10, 2015, and enters a stay of proceedings in this action, including a stay of Medtronic's deadline to respond to the First Amended Complaint which was due on December 30, 2014. A status report or voluntary dismissal is due within sixty (60) days of this Order.

IT IS SO ORDERED.

Dated: **January 6, 2015**          **/s/ Sheila K. Oberto**
                                    UNITED STATES MAGISTRATE JUDGE