1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071
   Telephone:213.457.8000
5  Facsimile: 213.457.8080

6  Courtland C. Chillingworth  (SBN 261140)
   cchillingworth@reedsmith.com
7  REED SMITH LLP
   101 Second Street, Suite 1800
8  San Francisco, CA  94105
   Telephone:  415.543.8700
9  Facsimile:   415.391.8269

10 Attorneys for Defendants
   Medtronic, Inc. and
11 Medtronic Sofamor Danek USA, Inc.

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14 GARY HAWKINS,                              No.: 1:13-cv-00499-AWI-SKO

15                    Plaintiff,              **STIPULATION AND ORDER OF
                                              DISMISSAL OF ENTIRE ACTION WITH
16         vs.                                PREJUDICE PURSUANT TO FEDERAL
                                              RULE OF CIVIL PROCEDURE 41(A)**
17 MEDTRONIC, INC.; MEDTRONIC SOFAMOR
   DANEK USA, INC.,                           Compl. Filed:      April 4, 2013
18                                            FAC Filed:         March 31, 2014
19                    Defendants.
                                              The Honorable Anthony W. Ishii
20

21         **IT IS HEREBY STIPULATED** by and between Plaintiff Gary Hawkins and Defendants

22 Medtronic, Inc., and Medtronic Sofamor Danek USA, Inc., through their respective attorneys of

23 record, that this action may be, and hereby is, dismissed with prejudice with each party to bear its

24 own attorneys' fees and costs incurred herein pursuant to Federal Rule of Civil Procedure

25 41(a)(1)(A)(ii).

26  ///

27 ///

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Dated: July 2, 2015

WALKUP, MELODIA, KELLY & SCHOENBERGER

By_____/s/Khaldoun A. Baghdadi_____
    Khaldoun A. Baghdadi
    Sara M. Peters

    Attorneys for Plaintiff
    Gary Hawkins

Dated:  July 2, 2015

REED SMITH LLP

By___/s/Michael K. Brown_____
    Michael K. Brown
    Mildred Segura
    Courtland C. Chillingworth

    Attorneys for Defendants
    Medtronic, Inc. and
    Medtronic Sofamor Danek USA, Inc

## **ORDER**

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:  July 2, 2015     _____

                          SENIOR  DISTRICT  JUDGE